# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Maria Guzman

                    Plaintiff,

v.                                               Case No.: 1:24−cv−04606

                                                                Honorable Manish S. Shah

Village of Stickney, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to complete discovery [28] is granted. Fact discovery closes 7/31/25. Any dispositive motions are due 9/26/25, responses due 10/24/25, and replies due 11/14/25. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.